UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

KIM DOWNS,

    Plaintiff,

v.

INDY MAC MORTGAGE
SERVICES, FSB, et al,

    Defendants.                               No. 13-cv-858-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court pursuant to Memorandum and Order entered on September 13, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on September 13, 2013, Downs' claims under the FDCPA are dismissed without prejudice. Downs' remaining claims are dismissed with prejudice.

                                            NANCY J. ROSENSTENGEL,
                                            CLERK OF COURT

                                            BY:    /s/*Sara Jennings*
                                                            **Deputy Clerk**

Dated:   September 16, 2013

                                    Digitally signed by
                                    David R. Herndon
                                    Date: 2013.09.16
                                    09:32:44 -05'00'
APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT